UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DERRICK J. MARTIN, JR. | ) | Case No. 18-14487 KHT |
| SSN: XXX-XX-1032 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DAVID V. WADSWORTH, Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 18-1417 KHT |
| v. | ) | |
| | ) | |
| ALEXA S. MARTIN, an individual, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to and in accordance with the Order Granting Plaintiff's Motion for Entry of Default Judgment Against Defendant Alexa S. Martin ("Order") entered by the Honorable Kimberley H. Tyson, United States Bankruptcy Judge, on March 12, 2019,

IT IS ORDERED AND ADJUDGED as follows:

FINAL JUDGMENT is entered in favor of Plaintiff David V. Wadsworth, and against Defendant Alexa S. Martin, authorizing the sale of the real property known as 4221 Chippewa Drive, Laramie, Wyoming, 82072, pursuant to 11 U.S.C. § 363(h), on the conditions set forth in the Order.

Dated: March __15__, 2019

FOR THE COURT:

KENNETH S. GARDNER, CLERK

_____

APPROVED AS TO FORM:

_____
Kimberley H. Tyson, Judge

{00595352:}